# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128161

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND A. MCCULLER,
      Defendant-Appellant.

SC: 128161
COA: 250000
Oakland CC: 02-183044-FH

_____/

On February 20, 2007, the United States Supreme Court entered an order that vacated this Court's opinion in this case, and remanded this case to this Court for further consideration in light of *Cunningham v California*, 549 US ___; 127 S Ct 856; 166 L Ed 2d 856 (2007). On order of the Court, this case shall be argued and submitted to the Court together with the cases of *People v Burns* (Docket No. 131898), and *People v Harper* (Docket No. 130988), at such future session of the Court as the cases are ready for submission.

The parties shall file supplemental briefs by April 4, 2007, addressing the effect, if any, of *Cunningham v California* on the prison sentence imposed in this case, and on this Court's vacated opinion in this case, *People v McCuller*, 475 Mich 176 (2006). The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae by April 4, 2007. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae by April 4, 2007.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2007

Clerk

d0307